UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

In re:

RICHARD HARRIS and
SANDRA HARRIS,

        Debtors.
_____/

RICHARD HARRIS and
SANDRA HARRIS,

        Appellants,

   v.

AHTNA, INC.; and AHTNA GOVERNMENT
SERVICES CORPORATION,

        Appellees.
_____/

Bk. No. 05-24124-D-13L

NO. CIV. S-05-1933 LKK

O R D E R

    On November 22, 2005, the court issued an order stating that appellants' opening brief and excerpts of record were to be filed within fifteen (15) days of the order. On December 16, 2005, appellants were ordered to show cause not later than ten (10) days from the effective date of the December 16 order why

1

the appeal should not be dismissed for failure to prosecute. Appellants failed to respond to the order to show cause until January 10, 2006, during which time he also filed the opening brief, which was by then over a month late.

Accordingly, the court hereby ORDER as follows:

1. No good cause having been shown for this tardiness, appellants' counsel is sanctioned in the amount of one hundred and fifty ($150.00) dollars.  This sum shall be paid to the Clerk of the Court no later than thirty (30) days from the effective date of this order.  Counsel shall file an affidavit accompanying the payment of this sanction which states that it is paid personally by counsel, out of personal funds, and is not and will not be billed, directly or indirectly, to the client or in any way made the responsibility of the client as attorneys' fees or costs.

2. The appellees' opening brief is due within fifteen (15) days of the filing of this order.

3. Appellants may file a reply brief within ten (10) days after service of appellees' brief.

////
////
////
////
////
////
////

1    4.  Once all briefs have been submitted, appellants are
2 to notify the court in writing, within ten (10) days after
3 service of appellants' reply brief, that the appeal is ready for
4 oral argument.
5    IT IS SO ORDERED.
6    DATED:  January 18, 2006.

                              /s/Lawrence K. Karlton
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT