```
Gregory L. Youngmun, Esq.Bruce A. Moore, Esq.
DELISIO MORAN GERAGHTY & ZOBEL, P.C.
943 West Sixth Avenue
Anchorage, AK 99501
(907) 279-9574
Attorneys for: AHTNA Government Services Corp.

Jonathan Marz, Esq.
LAPLANTE, SPINELLI & DONALD
815 S. Street, Second Floor
Sacramento, CA 95814
(916) 448-7888
Attorneys for: AHTNA Government Services Corp., and AHTNA, Inc.
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | ) District Court Case Number |
| RICHARD HARRIS and | ) NO. 2:05-CV-01933-LKK |
| SANDRA HARRIS, | ) |
| | ) Bankruptcy Court Case Number |
| Debtors, | ) NO. 05-24124-D-13L |
| | ) |
| RICHARD HARRIS and | ) Adversary Proceeding Number |
| SANDRA HARRIS, | ) NO. 05-02379-D |
| | ) |
| Appellants, | ) Bankruptcy Appellate Panel Number |
| | ) NO. EC-05-1364 |
| v. | ) |
| | ) |
| AHTNA INC. and AHTNA | ) |
| GOVERNMENT SERVICES | ) |
| CORPORATION, | ) |
| | ) |
| Appellees. | ) |

**ORDER**

The Court, having considered the Appellees and Appellants' letter requesting continuance of hearing on Appellants' appeal, the merits of that request, and good cause appearing,

DELISIO MORAN
GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033
____
(907) 279-9574

ORDER
Page 1 of 2

IT IS HEREBY ORDERED:

1) Oral argument scheduled for Monday, April 10, 2006, at 10:00 a.m. is vacated;

2) Oral argument of this appeal shall be heard on Monday, May 15, 2006, at 10:00 a.m.

DATED: April 3, 2006.

/s/Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

DELISIO MORAN
GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033
_____

(907) 279-9574