UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

In re:

RICHARD HARRIS and
SANDRA HARRIS,

        Debtors.

Bk. No. 05-24124-D-13L

_____/

RICHARD HARRIS and
SANDRA HARRIS,

        Appellants,

   v.

AHTNA, INC.; and AHTNA GOVERNMENT
SERVICES CORPORATION,

        Appellees.

NO. CIV. S-05-1933 LKK

O R D E R

_____/

    The court previously continued oral argument in the above-captioned appeal to allow time for the bankruptcy court to resolve several issues pending before it. Accordingly, the parties are directed to file a joint status report not later than May 1, 2006 at 10:00 a.m. addressing the status of the

1

1  matters pending before the bankruptcy court and whether the
2  matter is ready for oral argument on May 15, 2006.
3       IT IS SO ORDERED.
4       DATED:  April 24, 2006.
5                                    /s/Lawrence K. Karlton
                                     LAWRENCE K. KARLTON
6                                    SENIOR JUDGE
                                     UNITED STATES DISTRICT COURT