UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

In re:

RICHARD HARRIS and
SANDRA HARRIS,

       Debtors.

Bk. No. 05-24124-D-13L

_____/

RICHARD HARRIS and
SANDRA HARRIS,

       Appellants,

   v.

AHTNA, INC.; and AHTNA GOVERNMENT
SERVICES CORPORATION,

       Appellees.

_____/

NO. CIV. S-05-1933 LKK

O R D E R

    The court has previously continued oral argument in the above-captioned appeal to May 15, 2006 to allow time for the bankruptcy court to resolve several issues pending before it.

////

1

1   On April 24, 2006, the court ordered the parties to file a joint
2   status report not later than May 1, 2006 at 10:00 a.m.
3   addressing the status of matters pending before the bankruptcy
4   court and whether the matter is ready for argument on May 15,
5   2006.
6        On May 1, 2006, the court received a status report from
7   appellees, Ahtna Inc., et al., who report that the bankruptcy
8   matters at issue were continued to May 24, 2006.[1]  Appellees
9   also state that it has come to their attention that appellants
10  are considering dismissing the appeal in this matter.
11  Appellants, however, have failed to comply with this court's
12  April 24, 2006 order to file a status report.  Accordingly, the
13  court hereby ORDERS as follows:
14       1.  Oral argument on the above-captioned appeal is
15  CONTINUED to June 12, 2006 at 10:00 a.m. in Courtroom No. 4;
16       2.  The parties shall file with the court separate status
17  reports no later than May 25, 2006 at 10:00 a.m. as to the
18  status of matters pending before the bankruptcy court and
19  whether the matter is ready for oral argument on June 12, 2006.
20       3.  Counsel for appellants is hereby ORDERED TO SHOW CAUSE
21  in writing not later than five (5) days from the effective date
22  of this order why sanctions should not issue in the above-

---

[1] Appellees had no alternative but to file a separate status report even though the court's order requested a joint report because they were unable to reach appellants' counsel, C. Roman Rector, to finalize the report.  The court was also unable to reach Mr. Rector.

2

captioned case in the amount of One Hundred Fifty Dollars ($150) for failure to file a status report as ordered by this court's April 24, 2006 order.

IT IS SO ORDERED.

DATED: May 1, 2006.

/s/Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT