**RECTOR & TOSNEY, LLP**

C. Roman Rector    SBN 212244
25 Cadillac Drive, Suite 200
Sacramento, CA 95825

Attorney for Debtors
Attorney for Appellants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br>RICHARD HARRIS and<br>SANDRA HARRIS<br><br>            Debtors.<br>_____<br>RICHARD HARRIS and<br>SANDRA HARRIS<br><br>            Appellants,<br><br>        v.<br><br>AHTNA INC. and AHTNA GOVERNMENT<br>SERVICES CORPORATION<br><br>            Appellees.<br>_____ | Bankruptcy Court Case Number<br>NO-05-24124-D-13L<br><br><br><br><br>District Court Case Number<br>S-05-01933-LKK<br><br>Bankruptcy Appellate Panel Number<br>NO. EC-05-1364<br><br>**AGREEMENT BY ALL PARTIES TO DISMISS APPEAL AND ORDER THEREON** |

   PLEASE TAKE NOTICE that RICHARD HARRIS and SANDRA HARRIS, Appellants herein, by and through their attorney C. ROMAN RECTOR, have entered into an agreement with AHTNA GOVERNMENT SERVICES CORPORATION by and through their attorneys JONATHAN R. MARZ, Esq. of LAPLANTE, SPINELLI & DONALD and BRUCE A. MOORE, Esq. of DeLISIO MORAN GERAGHTY & ZOBEL, P.C. and AHTNA INC. by and through their

Agreement & Order to Dismiss Appeal    1

PDF created with pdfFactory trial version www.pdffactory.com

attorney JONATHAN R. MARZ, Esq. of LAPLANTE, SPINELLI & DONALD to dismiss this appeal. It is agreed that each side will bear its own costs.

This request is pursuant to Federal Rules of Bankruptcy Procedure Rule 8001(c)(2), which provides: "If an appeal has been docketed and the parties to the appeal sing and file with the clerk of the district court or the clerk of the bankruptcy appellate panel an agreement that the appeal be dismissed and pay any court costs or fees that may be due, the clerk of the district court or the clerk of the bankruptcy appellate panel shall enter an order dismissing the appeal."

Date:
          __/s/_____
          C. Roman Rector
          Rector & Tosney, LLP
          Attorney for Appellants

Date:
          ___/s/_____
          Jonathan R. Marz, Esq.
          LAPLANTE, SPINELLI & DONALD
          Attorney for AHTNA GOVERNMENT SERVICES CORP.,
          and AHTNA, INC., Appellees

Date:
          ____/s/_____
          Bruce A. Moore, Esq.
          DeLISIO MORAN GERAGHTY & ZOBEL, P.C.
          Attorney for AHTNA GOVERNMENT SERVICES CORP.,
          Appellee

<u>ORDER</u>

Upon the foregoing Agreement between all parties to dismiss this appeal, and in accordance with Federal Rules of Bankruptcy Procedure Rule 8001(c)(2), IT IS ORDERED that the aforementioned appeal is dismissed.

Dated:  May 11, 2006.          /s/Lawrence K. Karlton
                                            Lawrence K. Karlton
                                            Senior Judge

PDF created with pdfFactory trial version www.pdffactory.com